IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ELIOTT WILLIAMS | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv363 |
| S. PEREZ, ET AL. | § | |

<u>MEMORANDUM OPINION AND ORDER</u>

  Plaintiff Elliot Williams, an inmate confined at the Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against several defendants.

<u>Discussion</u>

  When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendants reside or in which the claim arose.  Under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interests of justice, a district court may transfer any civil action to any other district or division where it could have been brought.

  The actions allegedly taken by the defendants took place at the Lewis Unit, which is located in the Lufkin Division of the United States District Court for the Eastern District of Texas.  Plaintiff's claims therefore arose in the Lufkin Division.  The defendants, who are employed at the Lewis Unit, appears to reside in the Lufkin Division.  However, this case was filed in the Beaumont Division.

The court has considered the circumstances and determined that the interest of justice would be served if the complaint were transferred to the division in which the claims arose. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Lufkin Division of the United States District Court for the Eastern District of Texas.

**SIGNED this the 2nd day of October, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE